Securities Investment Corporation, Appellant, v. Lionel D. Edie & Company Incorporated, Respondent.— Order unanimously modified by striking out items numbered IV, VI, VII, VIII, IX and X of defendant's demand for a bill of particulars, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Jamestown Mutual Insurance Co., Appellant, v. The City of New York, James Stewart & Company, Defendants, Impleaded with Harris Structural Steel Company, Inc., Respondent.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Vincenzo Aiello, Respondent, v. Juniper Valley Milk Transportation Company, Inc., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted unconditionally. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

James B. Martin and Marion E. Usilton, as Administratrix, etc., of Lewin H. Usilton, Deceased, Appellants, v. City of New York and Others, Defendants, Impleaded with DiMarco & Reimann, Inc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Mae E. Bond, Respondent, v. Charles H. Bond, Appellant.— Order and judgment modified by fixing alimony at fifteen dollars a week, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Ike Aronson, Respondent, v. Richard Fiorelli, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Virginia Ice and Elizabeth Hathaway, Respondents, v. Paul H. Stoes, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Annie Felder, Applicant, Appellant, for an Order against National Studios, Inc., a Corporation Organized and Existing under the Laws of the State of New York, Respondent.— Order entered November 9, 1938, modified by striking therefrom the time limitation and other conditions to the granting thereof, and by including among the books and papers to be produced at the examination the canceled checks in question and the minute book of the corporation, and as modified, affirmed, with twenty dollars costs and disbursements to appellant. Appeal from order entered December 5, 1938, denying motion to resettle, dismissed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.